# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>Anthony Jerome Chappell<br>DOB: XX/XX/1991<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>) 24-947M(NJ)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  December 8, 2024  in the county of  Milwaukee  in the
  Eastern   District of   Wisconsin  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 751(a) | Escape from Custody |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

PATRICK WALTON
Digitally signed by PATRICK WALTON
Date: 2024.12.13 12:45:22 -06'00'

*Complainant's signature*

Deputy U.S. Marshal Patrick Walton
*Printed name and title*

Sworn via telephone; transmitted via email pursuant to Fed. R. Crim. 4.1

Date: 12/13/2024

*Judge's signature*

City and state:  Milwaukee, Wisconsin     Magistrate Judge Nancy Joseph
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND AN ARREST WARRANT

I, Patrick Walton, being first duly sworn on oath depose and say that upon personal knowledge and upon information and belief:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Deputy United States Marshal with the United States Marshals Service ("USMS") for 2 years. As part of my duties, I conduct investigations to locate federal and state fugitives. I have had both formal training and have participated in numerous investigations to locate state and federal fugitives. I am an investigator, or law enforcement officer of the United States, within the meaning of 18 U.S.C. § 2510(7), in that I am empowered by law to conduct investigations of and to make arrests for federal felony offenses.

2. This affidavit is based on my personal knowledge, or information reported to me by federal, state, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable.

## PROBABLE CAUSE

3. This affidavit is submitted in support of an application for the issuance of a criminal complaint charging Anthony Chappell with escape from federal custody, in violation of 18 U.S.C. § 751(a).

4. On October 28, 2016, Chappell pled guilty in the Eastern District of Wisconsin for violating 18 U.S.C. §§ 1951(a) and 2, 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2, in case number 16-CR-133.

5. On February 28, 2017, Chappell was sentenced and committed to the custody of the United Stated Bureau of Prison (BOP) to be imprisoned for a total term of 112 months to be

followed by 5 years of Supervised Release.

6. On February 28, 2024, after serving time incarcerated with the BOP, Chappell was transferred to serve the remainder of his prison sentence at the Parson's House Residential Reentry Center (RRC) located in Milwaukee, Wisconsin.

7. On December 8, 2024, Chappell had a GPS tamper and strap tamper alert around 8:50 pm. The GPS showed that he was in Milwaukee, Wisconsin, but his home confinement residence is in Menomonee Falls, Wisconsin. Escape procedures were initiated. RRC staff were able to contact Chappell who stated he was at home. However, the GPS system revealed he was in Milwaukee and not at his home.

8. According to Parson's House staff, Chappelle was placed on escape status on December 8, 2024, at approximately 9:30 pm. The Bureau of Prison notified USMS of Chappell's escape at approximately 11:22 pm that night.

9. On December 11, 2024, this affiant contacted BOP's Residential Reentry Management to confirm that Chappell was still on escape status and had not returned. The staff notified this affiant that Chappell was arrested by Milwaukee Police Department on December 8, 2024, at 11:45 pm for the offense of 2nd Degree Sexual Assault/Use of Force, which was reported on December 7, 2024 at 9:16 a.m. and had occurred earlier that morning.

10. This affiant confirmed Chappell was in custody at the Milwaukee County Jail as of December 11, 2024. A federal detainer was placed on Chappell at the Milwaukee County Jail on December 11, 2024.

11. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant, and as such, does not set forth all the details of this investigation.

## CONCLUSION

10. Based on the foregoing facts and my training and experience, I respectfully submit that probable cause exists to issue a criminal complaint and arrest warrant for Anthony Chappell for a violation of 18 U.S.C. § 751(a), escape from custody.

3